UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA,**
        **-Plaintiff**

- v -                                    Civil No. 3:01CR34(CFD)(TPS)

**MICHAEL KOZAK,**
        **-Defendant**

### ORDER

The plaintiff having filed a Motion to Examine Judgment Debtor and for a hearing on defendant's ability to pay the judgment rendered against the defendant, it is hereby:

ORDERED that the defendant, Michael Kozak, appear before the undersigned at the United States District Court for the District of Connecticut in Hartford on February 3, 2005 at 10 a.m., and then and there be examined under oath concerning his assets and his ability to pay the judgment.

ORDERED that the defendant bring with him and produce at the hearing all documents sought by the plaintiff's Request for Production served on or about July 30, 2004, as well as a completed copy of the financial statement provided by the AUSA assigned to the case.

ORDERED that the plaintiff shall give notice to the defendant of this hearing, and of the time and place it will be heard, by

causing a copy of this order to be served upon him or his attorney on or before January 20, 2005.

The defendant is advised that failure to appear before the court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject him to being held in contempt of court and having a *Writ of Capias* issued for his arrest.

**SO ORDERED.**

**Dated at Hartford, Connecticut, this 15th day of November, 2004.**

_____
**THOMAS P. SMITH
U.S. MAGISTRATE JUDGE**