UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,          :
                                   :
        v.                         :
                                   :
Michael Kozak,                     :   DOCKET NO: 3:01CR34 (CFD)
                                   :
        and                        :
                                   :
Lia Hyundai                        :
Attn: Lidia DeMonaco               :
20 Jennings Road                   :
Hartford, CT 06120                 :
            Garnishee.             :

### DEFENDANT'S REQUEST FOR HEARING ON WAGE GARNISHMENT

If you believe that the amount of your nonexempt earnings has been incorrectly calculated for this pay period or that no amount should be withheld because the garnishment or judgment is invalid, satisfied, or superseded, or because you claim an exemption, you may request a hearing within twenty (20) days after being served with the Writ of Garnishment or twenty(20) days after receiving your employer's Answer, which computes your nonexempt earnings. You may request a hearing by filing a written Request with the Clerk of the Court, United States District Court, District of Connecticut, or by completing pages 2 and 3 of this form and mailing this entire form to the Clerk, United States District Court, District of Connecticut. A copy of your request for hearing form must also be mailed to the United States of America and the Garnishee, Lia Hyundai.

The Court will notify you and the other parties of the date and time for the hearing. A hearing will be set as soon as possible.

I request a hearing for the following reason(s):

__X__  1. The nonexempt earnings statement is incorrectly filled out. Defendant pays child support.

__X__  2. I do not owe the money to the Government as it says I do. Interest & Penalties were waived.

__X__  3. Other: See Statement Attached.

_____  4. I request that this proceeding be transferred to _____ because _____

__X__  5. I claim the following exemption(s):

26 U.S.C. 6334(A)8: Judgements for support of minor children.

Date: 11/10/06

_Michael Kozak_
Signature

Michael Kozak
Type or print full name

102 Harrow Road
Home address

Springfield, MA  01118
City, State, Zip Code

(413) 783-2226
Home phone number

(860) 240-1700
Work phone number

2

Michael Kozak                                                    Docket No: 3:01CR34
Request for Hearing

A request for a hearing is made for the following reason (in addition to items 1,2,3 and 5 of the foregoing statement):

It is my understanding that interest and penalties were waived with respect to this matter, and they have been waived with respect to the co-defendant. The original judgment was $66,391.00, which I am prepared to pay.

In addition to the other reasons requesting a hearing, I also request a hearing on this particular issue.

Mail your original Request to:

    United States District Court
    Office of The Clerk
    450 Main Street
    Hartford, Connecticut 06103

Send a _copy_ of your request to:

    United States Attorney
    Connecticut Financial Center
    157 Church Street, 23rd Floor
    New Haven, Connecticut 06510
    (203) 821-3700

  Attn: Christine Sciarrino
      Assistant United States Attorney

## CERTIFICATION

I, Michael Kozak, Defendant hereby certify that I mailed the Request for Hearing on Wage Garnishment to the Clerk, United States District Court, 450 Main Street, Hartford, Connecticut 06103, and mailed copies to Assistant United States Attorney Christine Sciarrino, United States Attorney's Office, Connecticut Financial Center, 157 Church Street, New Haven, Connecticut 06510 and to Lia Hyundai, Attn: Lidia DeMonaco, 20 Jennings Road, Hartford, CT 06120 on this __10th__ day of __November__, 2006.

                                                        _/s/ Michael Kozak_
                                                        Michael Kozak